# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00334-CV

### Paul O'Brien, Appellant

### v.

### Tiffanie O'Brien, Appellee

---

**FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY,
NO. D-1-FM-22-005157, THE HONORABLE LAURIE EISERLOH, JUDGE PRESIDING**

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

On appellee Tiffanie O'Brien's motion, this Court previously abated this appeal to allow the trial court to conduct another hearing in light of our confirmation of its jurisdiction to consider Tiffanie's motion to modify under Subsections 109.001(b-3) and (b-4).[1] As ordered by the Court, Tiffanie has filed a status report and motion to extend abatement requesting that we extend the abatement period to allow the trial court time to render its decision after conducting a hearing on May 28, 2026.

We grant Tiffanie's motion and abate the appeal for an additional 30 days to allow the trial court more time to render its decision. Tiffanie shall submit a motion to dismiss the appeal, a motion to reinstate the appeal, or a status report concerning the status of the trial court's ruling accompanied by a motion to extend the abatement on or before July 24, 2026.

---

[1] For clarity, we refer to the parties by their first names.

It is so ordered on June 24, 2026.


Before Justices Triana, Kelly, and Ellis

Abated

Filed:   June 24, 2026